```
                                                                    FILED
                                                            DISTRICT COURT OF GUAM

                                                                 SEP - 9 2005

                                                               MARY L.M. MORAN
                                                               CLERK OF COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case 00-00128 |
| Plaintiff, | |
| v. | **ORDER RE SENTENCING DOCUMENTS** |
| JOHN S. MARTINEZ, | |
| Defendant. | |

All Responses to the Presentence Report by the parties including any Motion for Downward Departure that the Government may file shall be due to the Court by end of business on **September 30, 2005**. The Court will not continue this matter and expects the parties to be well prepared for the sentencing hearing scheduled on October 27, 2005.

**IT IS SO ORDERED.**

Dated: September 8, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

ORIGINAL