CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
SEP 29 2005 🕐

MARY L.M. MORAN
CLERK OF COURT

Attorney for **John S. Martinez**

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 00-00128-01 |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JOHN S. MARTINEZ ) | |
| Defendant. ) | |

I, KASTEEN B. MAFNAS, hereby certify that a copy of the Objection of Presentence Investigation Report was duly hand-delivered or faxed to the following on September 29, 2005:

Jeffrey J. Strand
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

Maria C. Cruz
U.S. Probation Office
Second Floor, U.S. Courthouse
520 Capital W. Soledad Avenue
Hagatna, Guam 96910

DATED: 9/29/05

_____
KASTEEN B. MAFNAS
Legal Secretary for Cabot Mantanona LLP
Attorney for John S. Martinez, Defendant

ORIGINAL