JMarintez.sent.memo

NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice
RUSSELL C. STODDARD
First Assistant U.S. Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
SEP 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00128 |
|---|---|---|
| Plaintiff, | ) | (LODGED UNDER SEAL) |
| vs. | ) | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| JOHN S. MARTINEZ, | ) | |
| Defendant. | ) | |

The United States is seeking a substantial assistance downward departure to Level 8, to recognize the substantial assistance provided by the defendant in the investigation and prosecution of other persons who have committed offenses.

The Government asks that the Court consider the importance and the timeliness of the information the defendant provided to investigators and the importance of his testimony at the jury trials of Gil A. Shinohara and Austin J. "Sonny" Shelton. The extent of his cooperation is detailed as follows:

Defendant, pursuant to his Plea Agreement, agreed to cooperate with the government by assisting in the investigation and prosecution of individuals who were committing and had committed offenses against the United States. Defendant did cooperate in the investigation of

others by providing information to attorneys and agents of the government, including the Federal Bureau of Investigation, the Criminal Investigation Division of the Internal Revenue Service, the Federal Emergency Management Agency ("FEMA"), the Antitrust Division of the United States Department of Justice and the United States Attorney's Office for the District of Guam.

In multiple interviews the defendant provided extremely critical information regarding the illegal activities of Austin J. "Sonny" Shelton, the Director of the Government of Guam's Department of Parks and Recreation ("DPR"), in conspiring to rig price quotations in violation of the Sherman Act, 15 U.S.C. §§ 1, et seq., for contracts to repair damages done by Typhoon Paka to the Paseo Stadium, a Government of Guam facility  The defendant also provided equally important information concerning the illegal activities of Gil A. Shinohara, the Chief of Staff for the Governor Guam, to fraudulently obtain reimbursement from FEMA for a contract to fabricate and erect concrete bus shelters as replacements for those damaged by Typhoon Paka.. Additionally, the defendant provided investigators with significant information that Thomas V. C. Tanaka, a former Guam Senator and Speaker of the Guam Legislature, had illegally withheld information material to the government's investigation concerning the bus shelters project. That information concerned how the bus shelters contract had been awarded to Guam Concrete Builders ("GCB"), a corporation owned and operated by Tanaka, by the Government of Guam's Department of Public Works.

Furthermore, the defendant cooperated by testifying truthfully at the jury trial of his co-conspirator in *United States v. Austin J. "Sonny" Shelton*, Criminal Case Number 01-00007. As a lifelong friend of Shelton, the defendant's testimony was most convincing. He testified that sometime in late 1998 or early 1999 he approached Shelton and asked him if he could give the defendant some DPR construction projects. The defendant was suffering financially and was in dire need of work. He felt he could approach Shelton because they had been good friends since childhood. Shelton told the defendant that he, Shelton, would see what he could do. A week or two later Shelton asked the defendant to find some contractors who could do tile and electrical

2

work at Shelton's home. The defendant secured the services of two contractors to do the work. He did not charge Shelton for securing the services of those contractors. Shortly thereafter, Shelton called the defendant and told him he could have the Paseo Stadium scoreboard, billboard and flagpole typhoon repair projects.

Martinez further testified that sometime around late March or early April 1999 Shelton met Martinez at Paseo Stadium and gave him the specifications for the three projects. Shelton told Martinez to make sure that three quotes were submitted on each project. Martinez asked Shelton what the DPR estimates were for each project. Shelton told Martinez that each project should be quoted at around $20,000. The defendant's testimony was essential to proving that Shelton initiated and organized a scheme to benefit from the typhoon repair projects offered by the DPR. Shelton was convicted by a jury in the District Court of Guam following a trial in September 2001 of wire fraud, bribery, conspiracy to restrain trade and conspiracy to commit money laundering and subsequently sentenced to 100 months imprisonment.

Defendant's testimony also resulted in the guilty plea of Primitivo Duque who owned and operated JBL, a company that was implicated in the bid rigging of other DPR Paka repair contracts. Carlos.admitted and subsequently pled guilty to participating in bid rigging DPR Paka repair contracts and agreed to cooperate and testify regarding Shelton.

The defendant also testified in the January 2005 jury trial of Shinohara. Although Shinohara was acquitted of Count 12, the charge to which the defendant's testimony related, his testimony was consistent with his prior statements. The defendant admitted to making and backdating a quote letter at the request of Shinohara regarding the bus shelters project..

The defendant's cooperation was timely and considered by the Government to be significant. The Government believes the defendant has been truthful and his information has been reliable. Guilty verdicts against Shelton were returned on all counts on which defendant testified.

//

3

Shelton, Shinohara and Tanaka were prominent and influential persons on Guam. In addition to holding the position as Director for DPR, Shelton had served as a Senator in the Guam Legislature, and was appointed the Public Auditor and the Deputy Director of the Department of Administration by the Governor of Guam. It cannot be lost upon a businessman, such as the defendant, that his cooperation and testimony would likely result in financial and social hardships for him and his family, and potentially, in danger of injury to himself. His sentence should account for his willingness to accept responsibility for his own conduct and to cooperate against powerful and politically well connected people.

For the foregoing reasons, the government respectfully requests that the Court grant the Government's Motion for a Downward Departure from the range otherwise applicable under the Sentencing Guidelines to a Level 8. Furthermore, the Government respectfully requests this Honorable Court impose a sentence of probation for five years on the defendant. The United States further requests that the Court order the defendant to pay the fine within the range described in the Draft Presentence Report.

John Martinez was the pivotal witness in the trial of Austin J. "Sonny" Shelton. The prosecutors of that case unanimously agree that without the defendant's truthful testimony they could not have obtained convictions in the <u>Shelton</u> trial. A sentence of five years probation and a fine of at least $4,000 and not more than $40,000 balances the defendant's culpability and his substantial, even crucial, assistance.

RESPECTFULLY SUBMITTED this 30th day of September, 2005.

NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Districts of Guam and NMI

By: JEFFREY J. STRAND
Assistant U.S. Attorney

4