

NOEL L. HILLMAN
Chief, Public Integrity Section
Department of Justice
RUSSELL C. STODDARD
First Assistant U.S. Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN S. MARTINEZ,<br><br>    Defendant. | CRIMINAL CASE NO. 00-00128<br><br>**ORDER re:**<br>**Motion to Lodge Sentencing**<br>**Memorandum Under Seal** |

Based on the Government's Motion to Lodge Sentencing Memorandum Under Seal filed September 1, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** ~~that the Sentencing Memorandum be lodged under seal.~~

DENIED.

DATE: October 7, 2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam