DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**


FILED
DISTRICT COURT OF GUAM
OCT 28 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-00-00128**                **DATE: 10/27/2005**

---

**HON. WILLIAM ALSUP, Designated Judge**          Law Clerk: K. Walmsley / J. Moton
Court Reporter: Wanda Miles                                      Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 8:10:13 - 9:28:48**   CSO: N. Edrosa / P. Taijeron

* * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: JOHN S. MARTINEZ**                                         **ATTY: RAWLEN MANTANONA**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.           ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JEFF STRAND**                              **AGENT: TAI LEE, I.R.S. / RICK FUENTES,**
                                                                                       **DEPARTMENT OF HOMELAND SECURITY**

**U.S. PROBATION: CARLEEN BORJA / MARIA CRUZ**   **U.S. MARSHAL: S. LUJAN / F. TAITAGUE / J. CURRY**

**INTERPRETER:** _____                              **LANGUAGE:** _____

---

**( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS** _____
         Base offense level:    15         Total offense level:          Criminal History Category:  I

         **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

**( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:**
**Argued that defendant is entitled to a minimal role departure and requested for a sentence of probation.**


**( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES**


**( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:**
**Recommended a sentence of probation.**

**(  ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT**



**NOTES/OTHER MATTERS:**

SENTENCE:  CR-00-00128                              DEFENDANT:  JOHN S. MARTINEZ

( X )   DEFENDANT SENTENCED TO PROBATION FOR A TERM OF  <u>TWO YEARS</u> .

THE TERM OF PROBATION WILL INCLUDE THE FOLLOWING CONDITIONS:

1.  DEFENDANT SHALL DURING THE FIRST YEAR OF PROBATION GIVE AT LEAST ONE SPEECH TO A TOTAL AUDIENCE OF AT LEAST 200 PEOPLE.  THE PROBATION OFFICER MUST BE PRESENT AT THE SPEECH.

2.  DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE WITH CREDIT FOR SPEECHES CONDUCTED.

3.  DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

4.  DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  THE MANDATORY DRUG TESTING CONDITIONS IS HEREBY SUSPENDED UNLESS RECOMMENDED BY THE U.S. PROBATION OFFICE.

5.  DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

6.  DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF PROBATION AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND UNDER 18 U.S.C. § 3563.

7.  DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM, DANGEROUS WEAPONS OR AMMUNITION.

8.  DEFENDANT SHALL BE PROHIBITED FROM INCURRING NEW CREDIT CHARGES OR OPENING ADDITIONAL LINES OF CREDIT WITHOUT APPROVAL OF THE U.S. PROBATION OFFICE UNLESS HE IS IN COMPLIANCE WITH THE PAYMENT SCHEDULE.

9.  DEFENDANT SHALL PROVIDE THE U.S. PROBATION OFFICE ACCESS TO ANY REQUESTED FINANCIAL INFORMATION.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A FINE OF $4,000.00 AND A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED.  DEFENDANT ADVISED OF HIS APPEAL RIGHTS.

TIME ENDED: 9:28 A.M.