# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> John S. Martinez <br><br> Defendant. | Case No. 1:00-cr-00128 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment in a Criminal Case filed October 31, 2005, and Notice of Entry dated November 1, 2005,* on the dates indicated below:

*U.S. Attorneys Office*          *Rawlen Mantanona*
*November 2, 2005*                *November 3, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment in a Criminal Case filed October 31, 2005, and Notice of Entry dated November 1, 2005,*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 3, 2005                    /s/ Rosita P. San Nicolas
                                                           Chief Deputy Clerk