PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

JOHN S. MARTINEZ

CRIMINAL CASE NO. 00-00128-001

    It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **October 26, 2007.** I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

cc:    Joseph F. Wilson, AUSA
        Rawlen Mantanona, Defense Counsel
        File

## *ORDER OF COURT*

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.